# IN THE UNITED STATES DISTRCT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| TANDRIA MARALLO, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>V.<br><br>PHARMERICA CORPORATION and RES-CARE, INC., d/b/a BRIGHTSPRING HEALTH SERVICES,<br><br>DEFENDANTS. | Case No. 3:23-cv-00298-CHB<br><br>Judge Claria Horn Boom |

## [PROPOSED] AGREED ORDER GRANTING EXTENSION OF TIME

Plaintiff Tandria Marallo ("Plaintiff"), by counsel, and Defendant Res-Care, Inc., d/b/a BrightSpring Health Services ("Defendant"), by counsel, have agreed to grant Defendant an extension of time to Answer or Otherwise Plead to Plaintiff's Class Action Complaint to and including August 7, 2023.  The Agreed Order being submitted for the consideration of the Court, and the Court being duly advised,

**IT IS HEREBY ORDERED** that Defendant shall have to and including August 7, 2023 to serve its answer or otherwise respond to Plaintiff's Class Action Complaint.

This _____ day of _____, 2023

                                                                        _____
                                                                        Hon. Claria Horn Boom
                                                                        United States District Judge

Agreed by:

| | |
|---|---|
| */s/ Matthew L. White* | */s/ Matthew Stewart* |
| Matthew L. White (#88595) | Matthew Stewart (KY Bar #97352) |
| Mark K. Gray (#83552) | BAKER & HOSTETLER LLP |
| GRAY & WHITE LAW | 312 Walnut St., #3200 |
| 2301 River Road Suite 300 | Cincinnati, OH 45202 |
| Louisville, KY 40206 | Phone: (513) 929-3400 |
| Tel: 502-210-8942 | Fax: (513) 929-0303 |
| Fax: 502-618-4059 | Email: mstewart@bakerlaw.com |
| mwhite@grayandwhitelaw.com | |
| mgray@grayandwhitelaw.com | Casie Collignon (*pro hac vice* forthcoming) |
| | BAKER & HOSTETLER LLP |
| Ben Barnow (*pro hac vice* pending) | 1801 California Street, Suite 4400 |
| Anthony L. Parkhill (*pro hac vice* forthcoming) | Denver, Colorado 80202 |
| | Phone: (303) 861-0600 |
| BARNOW AND ASSOCIATES, P.C. | Fax: (303) 861-7805 |
| 205 West Randolph Street, Ste. 1630 | Email: ccollignon@bakerlaw.com |
| Chicago, IL 60606 | |
| Phone: (312) 621-2000 | *Attorneys for Defendant* |
| Fax: (312) 641-5504 | |
| Email: b.barnow@barnowlaw.com | |
| aparkhill@barnowlaw.com | |

*Attorneys for Plaintiff*

2

4868-0130-9037.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via the Court's ECF system on June 30, 2023.

                                                    */s/ Matthew Stewart*
                                                    Matthew Stewart

4868-0130-9037.1